**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE LUIS MONTANEZ,

        Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
-----------------------------------------------------------X

Civil Action No.:
1:23-CV-00370-ALC

## PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND MEMORANDUM IN SUPPORT

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension, *nunc pro tunc*, to file his motion for judgment on the pleadings to April 20, 2023.

Plaintiff's brief was due on April 19, 2023 however, due to a technical failure of my calendaring and email application (Outlook) the motion and brief in support were not timely filed under the schedule and the missed deadline was not discovered until April 20, 2023  In light of this error, Plaintiff kindly requests an extension, *nunc pro tunc*, to file her motion and brief as timely as of April 20, 2023.

Dated: April 20, 2023

Respectfully Submitted,

By: /s/ Louis R. Burko
LOUIS R. BURKO
Severance, Burko, Spalter, Masone, P.C.
.com

The Clerk of Court is respectfully requested to terminate the pending motion at ECF No. 7

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
4/21/2023