**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE LUIS MONTANEZ,

                    Plaintiff,

    -against-                                     23 **CIVIL** 370 (ALC)

                                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 13, 2024, the Commissioner's motion for judgment on the pleadings is GRANTED, and Plaintiff's motion for judgment on the pleadings is DENIED, and the ALJ's decision is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York

      August 13, 2024

                                                             **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**
                                   **BY:**      K. Mango
                                                             **Deputy Clerk**